IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAVLOFF,

        Plaintiff,

v.                                CV 07-0625 MCA/WPL

CHRISTINE J. SALAZAR-ARP,

        Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed May 8, 2008. (Doc. 21.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, however, no objections have been filed.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File a Supplemental Complaint is granted.

SO ORDERED this 11th day of July, 2008.

_____
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE