IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAVLOFF,

    Plaintiff,

v.        No. CV 07-0625 MCA/WPL

CHRISTINE J. SALAZAR-ARP,
HERMIN GONZALES,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed November 19, 2008. (Doc. 29.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the claims in Pavloff's supplemental complaint alleging retaliation by Salazar-Arp and Hermin Gonzales following the filing of his original complaint are dismissed with prejudice; and

3) summary judgment is granted on all remaining claims.

SO ORDERED this 19th day of December, 2008.

_____
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE